ADELBERT C. LINDSLEY, as Administrator of the Estate of MARGARET M. W. LINDSLEY, Appellant, *v.* ANNA B. JEFFREY, Defendant, and NELLIE BROWN et al., Respondents.

(Submitted October 23, 1929; decided November 19, 1929.)

*Avery S. Wright* for appellant.
*Charles J. Yorkey* and *John Tiernan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.